IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| REX MEDICAL L.P., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-028-GMS |
| DATASCOPE CORP., | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION AND ORDER CONCERNING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO THE COMPLAINT

WHEREAS, on January 20, 2005, plaintiff Rex Medical, L.P. filed a Complaint in this matter against defendant Datascope Corp.;

WHEREAS, the plaintiff and the defendant share an interest in setting a time certain for a response to the Complaint;

IT IS HEREBY STIPULATED AND AGREED THAT:

Defendant Datascope Corp. will answer, move or otherwise plead in response to the complaint no later than March 18, 2005.

WM1A 52634v1 03/10/05

| FOX ROTHSCHILD LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ G.B. Williams | /s/ Rolin P. Bissell |
| Gregory B. Williams (# 4195) | Rolin P. Bissell (# 4478) |
| 919 North Market Street, Suite 1300 | Kevin M. Baird (# 4219) |
| P.O. Box 2323 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-2323 | The Brandywine Building |
| 302-622-4211 | Wilmington, DE 19899-0391 |
| 302-656-8920 (facsimile) | 302-571-6560 |
| E-mail: gwilliams@foxrothschild.com | 302-576-3474 (facsimile) |
|  | E-mail: kbaird@ycst.com |
| *Attorneys for Plaintiff Rex Medical L.P.* | *Attorneys for Defendant Datascope Corp.* |

**SO ORDERED** this _____ day of _____, 2005.

_____
United States District Judge