IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX MEDICAL L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-028-GMS |
| ) | |
| DATASCOPE CORP., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Joseph F. Donley and Robert J. Jossen of Dechert LLP, to represent Defendant Datascope Corp. in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney was submitted to the Clerk's Office in conjunction with this motion.

YOUNG CONAWAY STARGATT & TAYLOR

_____
Rolin P. Bissell (#4478)
Kevin M. Baird (#4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
Tel: (302) 571-6600

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____       _____
                                United Stated District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert J. Jossen, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Robert J. Jossen
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112-2200
(212) 698-3500

March 11, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Joseph F. Donley, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Joseph F. Donley
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112-2200
(212) 698-3500

March 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2005, I caused to be electronically filed a true and correct copy of the MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Gregory B. Williams, Esquire
>Fox Rothschild, LLP
>919 North Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE  19899-2323

I further certify that on March 14, 2005, I caused a copy of the MOTION FOR ADMISSION PRO HAC VICE to be served by hand-delivery on the following counsel of record:

>Gregory B. Williams, Esquire
>Fox Rothschild, LLP
>919 North Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE  19899-2323

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Kevin M. Baird_
Kevin M. Baird (No. 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kbaird@ycst.com

*Attorneys for Datascope Corp.*