IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| REX MEDICAL, L.P.,<br><br>        Plaintiff,<br><br>v.<br><br>DATASCOPE CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-28-GMS<br>)<br>)<br>)<br>)<br>) |

## DATASCOPE'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that defendant Datascope Corporation has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Datascope Corporation.

Dated: March 18, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kevin M. Baird
Rolin P. Bissell (# 4478)
Kevin M. Baird (# 4219)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
kbaird@ycst.com
*Attorneys for Defendant Datascope Corp.*

OF COUNSEL:
Joseph F. Donley
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
Tel: 212-698-3500

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2005, I caused to be electronically filed a true and correct copy of DATASCOPE'S RULE 7.1(a) DISCLOSURE STATEMENT with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Gregory B. Williams, Esquire
>Fox Rothschild, LLP
>919 North Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE 19899-2323

I further certify that on March 18, 2005, I caused a copy of the DATASCOPE'S RULE 7.1(a) DISCLOSURE STATEMENT to be served by hand-delivery on the following counsel of record:

>Gregory B. Williams, Esquire
>Fox Rothschild, LLP
>919 North Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE 19899-2323

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Kevin M. Baird (No. 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kbaird@ycst.com

*Attorneys for Datascope Corp.*

WP3:1093649.1    63982.1001