IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REX MEDICAL L.P., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-028-GMS |
| DATASCOPE CORP., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF KEVIN M. BAIRD AS COUNSEL FOR DATASCOPE CORP.

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, Kevin M. Baird, Esq. withdraws from his representation of Datascope Corp. in this action. Datascope Corp. continues to be represented in this action by Rolin P. Bissell and the law firm of Young Conaway Stargatt & Taylor, LLP, as well as by the law firm of Dechert LLP.

OF COUNSEL:

Joseph F. Donley
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
Tel: 212-698-3500
Fax: 212-698-3599

Dated: April 6, 2005

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Rolin P. Bissell (# 4478)
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-5004

*Attorneys for Datascope Corp.*

WP3:1100661.1

neutral
neutral

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on April 6, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Gregory B. Williams, Esquire
>Fox Rothschild, LLP
>919 North Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE  19899-2323

I further certify that on April 6, 2005, I caused a copy of the foregoing document to be served by hand-delivery on the following counsel of record:

>Gregory B. Williams, Esquire
>Fox Rothschild, LLP
>919 North Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE  19899-2323

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas

Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Datascope Corp.*