## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------x
                                          :
REX MEDICAL LP,                           :
                                          :
                      Plaintiff,          :     C.A. No. 05-028-GMS
                                          :
         v.                               :
                                          :
                                          :
                                          :
DATASCOPE CORP.,                          :
                                          :
                      Defendant.          :
                                          :
----------------------------------------------------x
```

## NOTICE OF SERVICE

The undersigned, counsel for Datascope Corp., hereby certifies that on May 31, 2005

copies of (1) Datascope Corp.'s First Set of Requests for The Production of Documents (1-26),

(2) Initial Disclosures of Defendant Datascope Corp. and (3) this Notice of Service were caused

to be served on the following counsel of record in the manner indicated:

### BY HAND DELIVERY

> Gregory B. Williams, Esquire
> Fox Rothschild LLP
> Citizens Bank Center, Suite 1300
> 919 North Market Street
> PO Box 2323
> Wilmington, DE 19899-2323

1

YOUNG CONAWAY STARGATT
& TAYLOR LLP


_____
Rolin P. Bissell (#4478)
Glenn C. Mandalas (#4432)
The Brandywine Building
OF COUNSEL:                         1000 West Street, 17th Floor
                                    Wilmington, DE 19899-0391
Robert J. Jossen, Esq.              (302) 571-6600
Joseph F. Donley, Esq.              rbissell@ycst.com
Dechert LLP
30 Rockefeller Plaza                *Attorneys for defendant and*
New York, NY 10112                     *counterclaim-plaintiff Datascope Corp.*
(212) 698-3500

Dated: May 31, 2005

2