IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| REX MEDICAL LP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 05-28-GMS |
| | : | |
| v. | : | |
| | : | |
| DATASCOPE CORP., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Gregory B. Williams, hereby certify that on this date copies of (1) First Set of Interrogatories of Plaintiff Rex Medical LP to Defendant Datascope Corp. (2) First Set of Request for Production of Documents of Plaintiff Rex Medical LP to Defendant Datascope Corp. and (3) Initial Disclosures of Plaintiff Rex Medical LP were served on counsel of record as follows:

**VIA HAND DELIVERY**

Rolin P. Bissell, Esquire
Glenn C. Mandalas, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Attorneys for Defendant Datascope Corp.

**Copy to:**
Robert J. Jossen, Esquire
Joseph F. Donley, Esquire
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112

FOX ROTHSCHILD LLP

_____
Gregory B. Williams, Esquire (I.D. No. 4195)
Sheldon K. Rennie, Esquire (I.D. No. 3772)
919 N. Market Street, Suite 1300
Wilmington, DE 19899
(302) 622-4211

and

Of Counsel:
Abraham C. Reich, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Attorneys for Plaintiff
Rex Medical LP

Date: June 1, 2005