IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REX MEDICAL LP, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-028-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DATASCOPE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Datascope Corp., hereby certify that on July 1, 2005 copies of (1) Objections and Responses of Datascope Corp. to First Set of Interrogatories of Plaintiff Rex Medical LP (1-25), (2) Defendant Datascope Corp.'s Objections and Responses to Plaintiff's Request for Documents, and (3) this Notice of Service were caused to be served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Gregory B. Williams, Esquire
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
PO Box 2323
Wilmington, DE 19899-2323

OF COUNSEL:

Robert J. Jossen, Esq.
Joseph F. Donley, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Dated: July 1, 2005

YOUNG CONAWAY STARGATT
& TAYLOR LLP

/s/ Rolin P. Bissell
_____
Rolin P. Bissell (#4478)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
rbissell@ycst.com

*Attorneys for defendant and
  counterclaim-plaintiff Datascope Corp.*