IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX MEDICAL LP, | : |
| | : |
| Plaintiff, | : C.A. No. 05-28-GMS |
| | : |
| v. | : |
| | : |
| DATASCOPE CORPORATION, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

It is hereby certify that, on this date, Objections and Responses of Plaintiff Rex Medical LP to Defendant Datascope Corporation's First Set of Requests for the Production of Documents were served, via hand delivery, on the following counsel of record:

>Rolin P. Bissell, Esquire
>Glen C. Mandalas, Esquire
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

FOX ROTHSCHILD LLP

/s/ Gregory B. Williams
Gregory B. Williams, Esquire (#4195)
Sheldon K. Rennie, Esquire (#3772)
919 N. Market Street, Suite 1300
Wilmington, DE 19899
(302) 622-4211

Date: July 14, 2005