IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REX MEDICAL, LP, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-28-GMS |
| DATASCOPE CORP., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **17th** day of **August, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 25, 2005 at 5:00 p.m.** with Judge Thynge. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE