IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REX MEDICAL LP, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-028-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DATASCOPE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF NOTICE OF DEPOSITIONS

The undersigned, counsel for Datascope Corp., hereby certifies that on January 12, 2006, copies of the Notice of Depositions of Lindsay Carter, John Leedle, Alim Alli, Richard Briganti, Steven DeFonzo, Neil D. Gershon, John Henry, James McGuckin, and Darin Britt, were caused to be served on the following counsel of record in the manner indicated below:

**BY E-MAIL**
Gregory B. Williams, Esquire
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
PO Box 2323
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com

Additionally, the undersigned certifies that on January 16, 2006, copies of this Notice of Service were served by **CM/ECF** and **hand delivery** upon the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*[signature: Michele Sherretta]*

OF COUNSEL:

Robert J. Jossen, Esq.
Joseph F. Donley, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

January 16, 2006

Rolin P. Bissell (No. 4478)
Michele Sherretta (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899-0391
(302) 571-6600
rbissell@ycst.com
*Attorneys for Datascope Corp.*