IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| REX MEDICAL LP, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 05-28-GMS |
| v. | : | |
| DATASCOPE CORP., | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 11, 2006, I caused to be served Notices of Deposition for Peter Hinchliffe, Nicholas Barker, James Bates, Robert Cathcart, Timothy Schweikert, Felix Gryn, David Brown, Jeffrey Purvin, Chanaka Amarasinghe, Timothy Shannon, and Corporate Designee of Datascope Corporation on counsel of record as follows:

**Via E-mail, Facsimile and U.S. Mail**
Rolin P. Bissell, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via E-mail, Fascmile and U.S. Mail**
Robert J. Jossen, Esquire
Joseph F. Donley, Esquire
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112

FOX ROTHSCHILD LLP

By: _____
Gregory B. Williams, Esquire (I.D. No. 4195)
Sheldon K. Rennie, Esquire (I.D. No. 3772)
919 N. Market Street, Suite 1300
Wilmington, DE 19899
(302) 622-4211

Of Counsel:

Abraham C. Reich, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

                                                  Attorneys for Plaintiff
                                                  Rex Medical LP

Dated: January 17, 2006