IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
REX MEDICAL LP,                                              :
:
                Plaintiff,           :   C.A. No. 05-028- GMS
:
   v.                                                      :
:
:
DATASCOPE CORP.,                                             :
:
                Defendant.           :
:
------------------------------------------------------------x

## JOINT STIPULATION

The parties respectfully request, and hereby stipulate to, subject to the Court's approval, two modifications to the scheduling order, in order to facilitate the parties' ongoing efforts to settle this matter. The parties do not believe the proposed modifications would necessitate a change in the June 20, 2006 pretrial conference or the July 10, 2006 trial date.

The parties have had multiple meetings with the United States Magistrate as part of ongoing settlement negotiations to resolve this litigation. These settlement negotiations include potential business transactions between the parties that would resolve the underlying business disputes. The settlement proposals under discussion involve some complexity in that they involve the transfer of intellectual property and royalty rights rather than a simple exchange of cash. Although these settlement efforts have not yet been successful, the parties have made some progress and both parties are still hopeful that their settlement efforts will be successful. To allow the settlement negotiations to continue, but also allow the parties to complete discovery and prepare to file dispositive motions and have them briefed for the Court in a

timely fashion if necessary, the parties respectfully request that the schedule be amended as follows:

| Matter | Old Date | Proposed New Date |
|---|---|---|
| Completion of Fact Discovery | January 31, 2006 | February 28, 2006 |
| Cut Off to File Case Dispositive Motions and Opening Briefs | February 14, 2006 | March 14, 2006 |
| Due Date for Answering Briefs on Case Dispositive Motions | | April 4, 2006 |
| Due Date for Reply Brief's on Case Dispositive Motions | | April 11, 2006 |

No other dates in the Scheduling Order would be affected.

FOX ROTHSCHILD, LLP                     YOUNG CONAWAY STARGATT &
                                        TAYLOR, LLP


/s/ Gregory B. Williams                 /s/ Rolin P. Bissell
Gregory B. Williams (# 4195)            Rolin P. Bissell (# 4478)
919 North Market Street, Suite 1300     1000 West Street, 17th Floor
P.O. Box 2323                           The Brandywine Building
Wilmington, DE 19899-2323               Wilmington, DE 19899-0391
302-622-4211                            302-571-6560
302-656-8920 (facsimile)                302-576-3474 (facsimile)
gwilliams@foxrothschild.com             rbissell@ycst.com

*Attorneys for Plaintiff Rex Medical, L.P.*     *Attorneys for Defendant Datascope Corp.*

Date: January 19, 2006


**SO ORDERED** this _____ day of _____, 2005.


                                        _____
                                        United States District Judge