# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ROLIN P. BISSELL
DIRECT DIAL: 302.571.6560
DIRECT FAX:  302.576.3474
rbissell@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

June 2, 2006

**_VIA ELECTRONIC FILING AND HAND DELIVERY_**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, Delaware 19801

Re:   *Rex Medical L.P. v. Datascope Corp.*
      C.A. No. 05-028-GMS

Dear Judge Sleet:

On behalf of all parties to this action, we respectfully submit this Stipulation and Order Staying Case pending resolution of *The Johns Hopkins University and Arrow International, Inc. v. Datascope Corporation*, Civil Action No. DWO 05-CV-0759 (U.S.D.C. D.Md.), a patent litigation pending in the United States District Court for the District Maryland that involves some of the same products that are before the Court in this case. The settlement negotiations have included potential business transactions between the parties that would resolve the underlying business disputes. The parties remain hopeful that their on-going settlement negotiations will bear fruit and believe that the resolution of the Maryland patent litigation would be a helpful prerequisite to resolution of this matter. Accordingly, the parties respectfully request that the Court so order the Stipulation and Order and stay this matter, according to its terms.

Counsel was available at the Court's convenience to answer any questions the Court has about the stipulation or the circumstances behind it.

Respectfully submitted,

*/s/ Rolin P. Bissell*

Rolin P. Bissell (No. 4478)

RPB:smf
Enclosure

cc:   Gregory B. Williams (via email)

DB01:2112411.1

063982.1001