IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX MEDICAL LP, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-028-GMS |
| DATASCOPE CORP., | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereto hereby stipulate to dismiss this action, including all claims and counterclaims asserted therein, without prejudice, and with each party bearing its own costs.

/s/ Gregory B. Williams
Gregory B. Williams (# 4195)
Sheldon K. Rennie (# 3772)
FOX ROTHSCHILD, LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Phone: 302-622-4211
Fax: 302-656-8920
gwilliams@foxrothschild.com

*Attorneys for Plaintiff Rex Medical LP*

/s/ Rolin P. Bissell
Rolin P. Bissell (# 4478)
Michele Sherretta (# 4651)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: 302-571-6600
Fax: 302-571-1253
rbissell@ycst.com

*Attorneys for Defendant Datascope Corp.*

Dated: June 16, 2006